E-FILED
Tuesday, 27 March, 2018  10:39:55 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### OFFICE OF THE CLERK

**KENNETH A. WELLS**
CLERK OF COURT

TEL: 217.492.4020
FAX: 217.492.4028

March 27, 2018

U.S. District Clerk's Office
District of Minnesota
300 S. Fourth Street
Minneapolis, MN 55415

RE: United States of America v. McWhorter, Morris, Hari
CASE NO.:  District of Minnesota 18-MJ-230-FLN
CASE NO. IN Central District of Illinois:  18-MJ-7062-EIL

Dear Clerk:

    Enclosed is our docket for the above-referenced case.  The Defendants did appear in the Urbana Division of the CD/IL yesterday.  Initial appearances on Rule 5 hearings were conducted by U.S. Magistrate Judge Eric I. Long.  Defendants are currently detained in our case.  The Judge ordered them to remain in the CD/IL for the remainder of our case.  I have also enclosed the executed and filed Waivers of Rule 5 Hearings.

    If we can assist you with anything further, please advise.

                           Sincerely,

                           s/Kenneth A. Wells

                           Kenneth A. Wells
                           Clerk, U.S. District Court

:tc
Enclosures